The People of the State of New York ex rel. John S. Buck, Respondent, v. William Williams, as Commissioner of the Department of Water Supply, etc., Appellant.— Motion for reargument granted, and case set down for the first Monday of the January term, 1915. Present—Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

Maddalena Restivo, as Administratrix, etc., Appellant, v. Bradley Contracting Company, Defendant. Francis L. Corrao, Respondent.— Motion for reargument denied, without costs. Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

Henry Sommerfield, Respondent, v. C. J. Osborne Company, Appellant. — Submit copy of the record as per special rule promulgated herewith. Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

Walter Farrington Tiling Company, Respondent, v. Frank C. Hazen and Others, Appellants.— Motion to open the default granted upon condition, *first*, that appellants pay to respondent ten dollars costs of the motion; *second*, that appellants, within two days, serve a copy of their brief upon respondent's attorney, if they have not already done so; *third*, that the case be placed at the foot of the present calendar, and appellants be ready for argument when reached. Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

Frank H. Bachman and Others, Composing the Firm of H. F. Bachman & Company, Appellants, v. Adelaide Elizabeth Pendleton, as Administratrix, etc., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, unless within ten days defendant stipulates as a condition of granting the amendment that she will at the trial file a written waiver of the provisions of section 829 of the Code of Civil Procedure, so that the plaintiffs, or either of them, shall be permitted to testify in like manner as if Nathaniel G. Pendleton were then living; and if defendant so stipulate, then the order is affirmed, without costs. Burr, Thomas, Rich and Stapleton, JJ., concurred; Jenks, P. J., taking no part.

Esther Bernstein, Respondent, v. Isaac Friend, Appellant.— Order affirmed, with ten dollars costs and disbursements. We cannot say that the amendment is beyond the power or without the discretion of the Special Term. (*Zimmerman* v. *Dieckerhoff*, 14 N. Y. St. Repr. 595; *Deyo* v. *Morss*, 144 N. Y. 216.) Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

Harry L. Bradley and Others, Respondents, v. Degnon Contracting Company and Another, Appellants.— Interlocutory judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Michael Butler, Respondent, v. The City of New York, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.